## IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 47 DB 2016  (No. 55 RST 2016)
:
:
:
BENJAMIN WEEMS KING : Attorney Registration No.  50249
:
PETITION FOR REINSTATEMENT :
  FROM RETIRED STATUS : (Out of State)

## O R D E R

**PER CURIAM**

**AND NOW**, this 29th day of July, 2016, the Report and Recommendation of Disciplinary Board Member dated July 15, 2016, is approved and it is ORDERED that Benjamin Weems King, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.

Justice Mundy did not participate in the consideration or decision of this matter.